Appeal No. 15-1433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**Baker & Taylor, Inc.**

Appellee,

v.

**David Griffin**

Appellant.

## MOTION FOR EXTENSION OF BRIEFING SCHEDULE

Appellant moves for an order extending the Briefing Schedule in this appeal (Doc: 9) as follows:

- Appendix and Opening brief due: 06/30/2015
- Response brief due: 08/03/2015
- Reply brief permitted within 14 days of service of respone brief.

In support of his motion, Appellant states as follows:

1. Appellant's opening brief and the joint appendix are currently due on 06/16/2015. Appellee's response brief is due on 07/20/2015. A reply brief is permitted within 14 days of service of the response brief.

2. The parties have been engaged in settlement discussions and the case remains active with the Circuit Mediator.

-1-

3. In light of the ongoing settlement discussions, as well as the upcoming national holiday, counsel for Appellant sought consent from counsel for Appellee to extend the briefing deadlines in accordance with the above request.

4. Counsel for Appellee have refused to consent to extend the Briefing Schedule and have been informed of the intended filing of this motion. Counsel for Appellee have informed counsel for Appellant that Appellee intends to file a response in opposition to this motion.

WHEREFORE, the Appellant requests that the Court enter an order extending the Briefing Schedule as set out above. A proposed order is attached.

Respectfully submitted,

/s/ Brian A. Wright
Robert M. Rolfe
Brian A. Wright
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
804 • 788 • 8200

William L. Campbell, Jr.
Frost Brown Todd LLC
The Pinnacle at Symphony Blace
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
615 • 251 • 5582

Matthew C. Blickensderfer
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourt Street
Cincinnati, Ohio 45202
513 • 651 • 6162

James B. Gatehouse
Rayburn Cooper & Durham, P.A.
227 W. Trade Street #1200

-2-

Charlotte, North Carolina 28202
704 • 334 • 0891

*Counsel for Defendant-Appellant, David Griffin*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2015, I electronically filed the above **MOTION FOR EXTENSION OF BRIEFING SCHEDULE** using the CM/ECF, which will send a notice of such filing (NEF) to the following:

Gavin B. Parsons
Troutman Sanders, LLP
P.O. Drawer 1389
Raleigh, North Carolina 27602
*Counsel for Plaintiff-Appellee, Baker & Taylor, Inc.*

Stephen G. Rinehart
Troutman Sanders, LLP
405 Lexington Ave.
New York, New York 10174
*Counsel for Plaintiff-Appellee, Baker & Taylor, Inc.*

Christopher G. Chagaris
The Chagaris Law Firm, PA
P.O. Box 1408
Davidson, NC 28036
*Counsel for Defendant Charles Jones*

Lesley Bilby
Dressman Benzinger LaVelle, PSC
321 W. Main Street, Suite 2100
Louisville, KY 40202
*Counsel for Defendant Charles Jones*

s/ Brian A. Wright_____

**Appeal No. 15-1433**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**David Griffin**

**Appellant,**

v.

**Baker & Taylor, Inc.**

**Appellee.**

**ORDER**

Appellant's Motion for Extension of Briefing Schedule is hereby GRANTED, as follows:

- Appendix and Opening brief due:  06/30/2015

- Response brief due:  08/03/2015

- Reply brief permitted within 14 days of service of respone brief.

ENTER this _____ day of _____

86185.000002 EMF_US 56029315v3